IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. 4:08CR40004 |
| | ) | |
| LEMUEL ROBERT HALL | ) | |

## ORDER

On the 20th day of February, 2009, the above styled and numbered case came before the Court for a hearing in regard to the Defendant's competency to stand trial. The government was represented by Assistant United States Attorney Wendy L. Johnson. The Defendant was present and was represented by his attorney, Craig L. Henry. Based upon the Psychological/Psychiatric Examination conducted by Dr. Rafael F. Otero, Ph.D., the Court finds that the Defendant is presently not competent to proceed or competent to assist in his defense.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. Section 4241(d), the Defendant is hereby committed to the custody of the Attorney General or his authorized representative to hospitalize the Defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a suitable probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

IT IS SO ORDERED, this 20th day of February, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge